UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GLENN M. GALLANT,

    Defendant.

---

## ORDER

---

Upon consideration of Defendant Gallant's Motion for Extension of Time to Self-Surrender [1236] and the Government's Objection [1237], filed on September 14, 2007, it is

ORDERED that the motion is denied.

DATED: September 17, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge