UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.      THOMAS ALAN BOYD,
3**.**     JACK O. GRACE, JR.,
**4.**     **GLENN M. GALLANT**,
5.      DOUGLAS R. BAETZ,

        Defendants.

---

## ORDER SETTING RE-SENTENCING PROCEEDINGS

---

It is

ORDERED that re-sentencing proceedings for Defendant Glenn M. Gallant are set for **February 25, 2010, at 9:00 a.m. in Courtroom A501, the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado**.  Defendant will appear by video conference facilities.

DATED: January 13th, 2010

                           BY THE COURT:

                           s/Richard P. Matsch

                           _____
                           Richard P. Matsch, Senior District Judge