UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     THOMAS ALAN BOYD,
3**.**     JACK  O. GRACE, JR.,
**4.**     **GLENN M. GALLANT**,
5.     DOUGLAS R. BAETZ,

        Defendants.

---

## ORDER RESCHEDULING RE-SENTENCING PROCEEDINGS

---

It is

ORDERED that re-sentencing proceedings for Defendant Glenn M. Gallant are

**rescheduled**  for **March 31, 2010, at 9:00 a.m. in Courtroom <u>A501</u>, the Alfred A.**

**Arraj United States Courthouse, 901 19th Street, Denver, Colorado**.  Defendant will

appear by video conference facilities.

DATED: March 3rd, 2010

            BY THE COURT:

            s/Richard P. Matsch

            _____
            Richard P. Matsch, Senior District Judge