# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00136-RPM
Criminal Case No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

vs.

Glenn M. Gallant,

        Defendant/Movant.

## ORDER

After preliminary consideration of the defendant/movant's motion to vacate, set aside or correct the sentence imposed by this court, it is now

ORDERED that United States Attorney on or before March 23rd, 2012, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 proceedings.

Dated: January 20th, 2012

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge
        United States District Court for the District of Colorado