**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00136-RPM
Criminal Case No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

  Respondent,

vs.

GLENN M. GALLANT,

  Movant.

_____

ORDER GRANTING PETITION FOR CERTIFICATE OF APPEALABILITY
_____

  The petitioner filed a Petition for Certificate of Appealability from the Clerk's Judgment [4], entered December 19, 2012, regarding this Court's Order of Dismissal [3] entered December 19, 2012, denying the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. After review of the file, it is

  ORDERED that the petitioner's application for certificate of appealability is granted.

  Dated: February 12th, 2013

          BY THE COURT:

          s/Richard P. Matsch
          _____
          Richard P. Matsch, Senior District Judge